CHARLES JESTER, d. b., vs. CHARLES MILLMAN, School Tax Collector, in the name of the Commissioners for the School District No. 6 of Sussex County, Delaware, p. b.

SCHOOLS AND SCHOOL DISTRICTS—TAXES—PERSONS EXEMPT.

*Rev. Code* 1915, § 2294, authorizing school tax collector to proceed by suit to collect taxes, does not contemplate a suit against a constable having the goods of a taxable under execution or having the proceeds of the sale of such goods in hand.

(*April* 10, 1918.)

PENNEWILL, C. J., and RICE, J., sitting.

*Robert C. White* for defendant below, exceptant.

Superior Court, Sussex County, April Term, 1918.

CERTIORARI, No. 3, April Term, 1918.

Action before a justice of the peace by Charles Millman, School Tax Collector, in the name of the Commissioners for School District No. 6 of Sussex County, against Charles Jester. Judgment for plaintiff, and defendant beings certiorari. Reversed.

Among the exceptions filed to the record was the following:

"Second. That the said Charles Jester was one of the constables of Sussex County and had the custody of the goods and chattels of the said taxable, by virtue of an execution then in his hands, and was not, therefore, liable to the demand made by the said Charles Millman, tax collector aforesaid, for the proceeds from the said goods and chattels."

PER CURIAM:—The second exception is fatal and it is not necessary to express an opinion upon any other. The statute (*Rev. Code* 1915, §2294) that gives the school tax collector the right to "proceed by suit in the name of the school district before any justice of the peace in said county against any person notified," etc., does not contemplate a suit against an officer having the goods of a taxable under execution process, or having the proceeds of the sale of such goods in hand.

Judgment reversed.